# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO - DENVER DIVISION

| | |
|---|---|
| Jesus N. Salazar, ) | |
|                 Plaintiff, ) | |
| v. ) | 1:22-cv-00210-STV |
|       ) | |
| Breakfast King, Inc. and Terry Moore, ) | |
|       ) | |
|                 Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jesus N. Salazar, ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and Defendants Breakfast King, Inc. and Terry Moore ("Defendants") (collectively, the "parties"), and states as follows:

1. Settlement documents are in the process of being finalized between the parties.

2. Plaintiff respectfully requests that the Court stay this action and adjourn all deadlines and conferences, and allow 30 days for the filing of a notice of voluntary dismissal with prejudice.

3. Defendants have represented they have no objection to the filing of the notice.

                                                      s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (IL Bar # 6296265)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2022, 2021, I electronically filed the Notice of Settlement and caused the same to be served via email upon the following:

**Ms. Juli E. Lapin**
  *Defendants' Counsel*
1099 18th Street, Suite 2600
Denver, CO   80202
T: 303-297-2600; F: 303-297-2750
E: juli@rwolaw.com

                                                _____/s/ James M. Dore_____