### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO - DENVER DIVISION

| | |
|---|---|
| Jesus N. Salazar, ) | |
|                Plaintiff, ) | |
| v. ) | 1:22-cv-00210-STV |
| ) | |
| Breakfast King, Inc. and Terry Moore, ) | |
| ) | |
|                Defendants. ) | |

### Notice of Voluntary Dismissal

**Now come** Plaintiff Jesus N. Salazar, and hereby dismisses this case and Defendants Breakfast King, Inc. and Terry Moore, with prejudice, pursuant to the parties' settlement agreement; each party to bear their own costs.


s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (ARDC# 6296265)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Rd., #300
Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com